## MAYOR AND COUNCIL OF GAINESVILLE *et al.* v. SIMMONS *et al.*

Under the previous decision of this court in this case (96 *Ga.* 477), there was nothing in the plaintiffs' petition to justify the allowance of the amendment thereto offered by them; but inasmuch as no objection was at the time made to its allowance, and inasmuch as the petitioners, upon the frame of their original petition, were entitled to an injunction to restrain the defendants from the collection of the matriculation fees, as therein charged, a general demurrer to the entire petition as amended was properly overruled; but as to all other matters set forth by the plaintiffs' petition as to which special relief was prayed, the special grounds of demurrer should have been sustained, and the petition allowed to proceed only for the purpose of ob-

taining a permanent injunction, as above indicated, and for costs; and accordingly, direction is given that it be retained for this purpose, and that as to all other matters the petition be dismissed.

May 11, 1896.   Argued at the last term.

Equitable petition.     Before Judge Kimsey.     Hall superior court.     January term, 1895.

*Perry & Craig,* for plaintiffs in error.
*H. H. Dean* and *L. D. Puckett,* contra.

ATKINSON, Justice.

The decision rendered in this case when it was last before this court (see 96 *Ga.* 477) is controlling upon all the questions made under the present writ of error, and a re-examination of them would, therefore, be unprofitable and unnecessary.     The exaction of the matriculation fee, of which complaint was made, was illegal, and in so far as the bill seeks to enjoin the collection of such fees, it should have been retained, and the demurrer overruled.     The special matters set up in the amendment, aside from the one first referred to, having been covered by the adjudication of this case upon the occasion to which reference is heretofore made, the court properly considered them insufficient in law to authorize the grant of the relief prayed with respect thereto; and in so far as the judgment relates to such matters, direction is given that the plaintiffs' petition be retained for the purpose of obtaining a permanent injunction against the collection of the matriculation fee referred to therein, and that as to all other matters it be dismissed.          *Judgment affirmed, with direction.*